**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JAMES MILLER, et al.**                                                   **PLAINTIFFS**

**V.**                      **NO. 5:08CV00161 BSM-BD**

**SUSAN POTTS**                                                      **DEFENDANT**

## ORDER

The court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this court's findings in all respects in its entirety.

The Complaint (docket entry #2) is DISMISSED without prejudice, under Local Rule 5.5(c)(2), for failure to comply with the court's order (#3) of June 9, 2008. Plaintiff Miller's Application to Proceed *In Forma Pauperis* (#1) is DENIED as moot.

IT IS SO ORDERED, this 29th day of August, 2008.

                                                           /s/ Brian S. Miller
                                                           UNITED STATES DISTRICT JUDGE