**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JAMES MILLER, et al.**                                                                                         **PLAINTIFFS**

**V.**                                         **NO. 5:08CV00161 BSM-BD**

**SUSAN POTTS**                                                                                                **DEFENDANT**

### JUDGMENT

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2) of the United States District Court for the Eastern District of Arkansas.

IT IS SO ORDERED this 29th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE